The People of the State of New York ex rel. New York School for the Deaf, Appellant, against Howard E. Townsend et al., as Assessors of the Town of Greenburgh, Respondents.

Argued October 4, 1948; decided October 14, 1948.

*William M. Evarts* and *Howard E. Thomas* for appellant.

*Gerald Fitz Gerald* and *Edward Conrad Clune* for respondents.

Orders affirmed, with one bill of costs to respondents; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE and FULD, JJ. Taking no part: THACHER, J.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. JAMES FARNSWORTH, Appellant, against JOHN F. FOSTER, as Warden of Auburn State Prison, Respondent.

Argued October 4, 1948; decided October 14, 1948.

